IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CR-9-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LAMIKAH BAPTIST, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pending motions [D.E. 58, 59] not later than September 19, 2025.

SO ORDERED. This __10__ day of August, 2025.

JAMES C. DEVER III
United States District Judge