IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CR-9-D

UNITED STATES OF AMERICA, )
)
v. ) **ORDER**
)
LAMIKAH BAPTIST, )
)
           Defendant. )

The United States SHALL respond to defendant's pending motions no later than November 26, 2025. See [D.E. 58, 59]. The United States' response SHALL explain why it ignored this court's order of August 20, 2025 [D.E. 60].

SO ORDERED. This 27 day of October, 2025.

JAMES C. DEVER III
United States District Judge