IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:23-CR-9-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LAMIKAH BAPTIST, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the United States' response in opposition [D.E. 63], the court DENIES defendant's motion for compassionate release [D.E. 58] and motion to appoint counsel [D.E. 59].

SO ORDERED. This 3 day of December, 2025.

JAMES C. DEVER III
United States District Judge